# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oakley, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Predator Outdoor Products LLC, et al., <br><br> Defendant(s). | SACV 11-00456 JVS (PLAx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   June 28, 2012

_____
James V. Selna
United States District Judge